# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-00142-SRW |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Stephanie Rowell hereby dismisses with prejudice all claims asserted against Portfolio Recovery Associates, LLC. ("PRA") or that could have been asserted against PRA in the above-styled action.

Done this 6th day of April, 2015.

*/s/ Charles M. Ingrum, Jr*
Charles M. Ingrum, Jr.  (ING-028)
Ingrum, Rice, & Parr, LLC
P.O. Box 229
Opelika, Alabama 36803
*Attorney for Plaintiff Stephanie Rowell*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following via the Court's electronic filing service on April 6, 2015:

Allan Daniel Leeth
Burr & Forman, LLP
420 North 20th St., Suite 3400
Birmingham, AL  35203

Robert Franklin Springfield
Burr & Forman, LLP
420 North 20th St., Suite 3400
Birmingham, AL  35203


                                    */s/ Charles M. Ingrum, Jr.*