**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2015

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Stephanie Rowell v. Portfolio Recovery Associates, LLC
     Civil Action No. 3:15-cv-142-SRW

Pursuant to the #9 Notice of Voluntary Dismissal filed by Stephanie Rowell on 4/6/2015 and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is closed without an order of the court.